JOHN R. BAILEY
Nevada Bar No. 0137
JOSHUA M. DICKEY
Nevada Bar No. 6621
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:   702.562.8821
JBailey@BaileyKennedy.com
JDickey@BaileyKennedy.com

ANDREW J. ENNIS
Missouri Bar No. 57713
(WILL COMPLY WITH LR IA-2 WITHIN 14 DAYS)
**POLSINELLI PC**
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone:  816.753.1000
Facsimile:   816.753.1536
AEnnis@Polsinelli.com

*Attorneys for Defendant Dignity Health*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLISON R. VECE, individually; KEVIN H. PHELPS, individually; and GAYLE FEDELE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>DOE Special Administrator of the Estate of JOSEPH W. PLAUTZ, deceased; DESERET WOMEN'S HEALTH CARE MANAGEMENT, LLC d/b/a DESERET WOMEN'S CARE; DIGNITY HEALTH f/k/a ST. ROSE DE LIMA HOSPITAL; ROE MEDICAL FACILITIES; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | Case No.: 2:24-cv-01025-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT DIGNITY HEALTH'S TIME TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

1  Defendant Dignity Health f/k/a St. Rose De Lima Hospital ("Dignity Health") and Plaintiffs Allison R. Vece; Kevin H. Phelphs; and Gayle Fedele ("Plaintiffs") (collectively, the "Parties") hereby stipulate as follows:

4  1. On March 26, 2024, Plaintiffs filed a Complaint in the Eighth Judicial District Court, Clark County, Nevada (Case No.: A-24-889839-C) (the "State Court Action");

6  2. On April 2, 2024, Plaintiffs filed a First Amended Complaint in the State Court Action (the "FAC");

8  3. On April 3, 2024, Plaintiffs filed an Errata to Plaintiffs' First Amended Complaint in the State Court Action (the "Errata");

10  4. On May 1, 2024, Plaintiffs served Dignity Health with the FAC and Errata;

11  5. On May 21, 2024, Plaintiffs granted Dignity Health an extension to file an Answer to Plaintiffs' FAC until 7 days after the last of the other Defendants have been served;

13  6. On May 31, 2024, Dignity Health filed Defendant Dignity Health's Notice of Removal Pursuant to 28 U.S.C. §§ 1332, 1441, AND 1446 (ECF No. 1).

15  7. Absent an extension of time, Dignity Health's deadline to respond to Plaintiffs' FAC would be June 7, 2024.

17  8. Based upon their prior agreement, the Parties stipulate and agree to extend the deadline for Dignity Health to file an Answer to Plaintiffs' FAC to be 7 days after the last of the other Defendants have been served. In the event the Court desires a date certain, the Parties alternatively stipulate and agree to extend the deadline for Dignity Health to file an Answer to Plaintiffs' FAC to be July 12, 2024.

22  9. This is Dignity Health's first requested extension. This stipulation is made in good faith and not to delay the proceedings.

10. This stipulation is entered into without waiver of any of the parties' respective rights, claims, or defenses.

Dated this 7th day of June, 2024.

**BAILEY❖KENNEDY**

By: */s/ Joshua M. Dickey*
JOHN R. BAILEY
JOSHUA M. DICKEY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302

ANDREW J. ENNIS
(WILL COMPLY WITH LR IA-2 WITHIN 14 DAYS)
**POLSINELLI PC**
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112

*Attorneys for Defendant Dignity Health*

Dated this 7th day of June, 2024.

**CHRISTIAN MORRIS TRIAL ATTORNEYS**

By: */s/ Victoria R. Allen*
CHRISTIAN M. MORRIS (NV BAR NO. 11218)
VICTORIA R. ALLEN (NV BAR NO. 15005)
JAMIE N. MCINELLY (NV BAR NO. 15963)
SARAH E. DISALVO (NV BAR NO. 16398)

*Attorneys for Plaintiffs Allison R. Vece; Kevin H. Phelps; and Gayle Fedele*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Dated: June 7, 2024

BAILEY❖KENNEDY
8984 SPANISH RIDGE AVENUE
LAS VEGAS, NEVADA 89148-1302
702.562.8820