JOHN R. BAILEY
Nevada Bar No. 0137
JOSHUA M. DICKEY
Nevada Bar No. 6621
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JBailey@BaileyKennedy.com
JDickey@BaileyKennedy.com

ANDREW J. ENNIS
Missouri Bar No. 57713
(ADMITTED PRO HAC VICE)
**POLSINELLI PC**
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone:  816.753.1000
Facsimile:  816.753.1536
AEnnis@Polsinelli.com

*Attorneys for Defendant Dignity Health*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLISON R. VECE, individually; KEVIN H. PHELPS, individually; and GAYLE FEDELE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>DOE Special Administrator of the Estate of JOSEPH W. PLAUTZ, deceased; DESERET WOMEN'S HEALTH CARE MANAGEMENT, LLC d/b/a DESERET WOMEN'S CARE; DIGNITY HEALTH f/k/a ST. ROSE DE LIMA HOSPITAL; ROE MEDICAL FACILITIES; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | Case No.: 2:24-cv-01025-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT DIGNITY HEALTH'S TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND (ECF NO. 12)**<br><br>**(FIRST REQUEST)** |

Defendant Dignity Health f/k/a St. Rose De Lima Hospital ("Dignity Health") and Plaintiffs Allison R. Vece; Kevin H. Phelphs; and Gayle Fedele ("Plaintiffs") (collectively, the "Parties") hereby stipulate as follows:

Page **1** of **2**

1. Plaintiffs' Motion to Remand ("Motion") in this action was filed on June 24, 2024 (ECF No. 12).

2. Dignity Health's current deadline to respond to the Motion is July 8, 2024.

3. Plaintiffs' Petition to Reopen the Estate of Joseph Wheeler Plautz ("Petition") was filed on March 21, 2024, in the Eighth Judicial District Court (Case No. P-16-087171-E) ("State Court").

4. Plaintiffs' Petition is currently set for hearing on July 10, 2024, at 9:00 A.M.

5. As the decision by the State Court on the Petition is relevant to the Motion, it will serve the interests of efficiency and judicial economy to extend the date for Dignity Health to respond to the Motion until after an order is entered on the Petition.

6. Accordingly, the Parties therefore stipulate and agree to extend the deadline for Dignity Health to file its response to the Motion from July 8, 2024, to July 26, 2024.

7. This is Dignity Health's first requested extension. This stipulation is made in good faith and not to delay the proceedings.

8. This stipulation is entered into without waiver of any of the parties' respective rights, claims, or defenses.

Dated this 8th day of July, 2024.    Dated this 8th day of July, 2024.

**BAILEY✥KENNEDY**    **CHRISTIAN MORRIS TRIAL ATTORNEYS**

By: */s/ Joshua M. Dickey*    By: */s/ Victoria R. Allen*
   JOHN R. BAILEY       CHRISTIAN M. MORRIS (NV BAR NO. 11218)
   JOSHUA M. DICKEY       VICTORIA R. ALLEN (NV BAR NO. 15005)
   8984 Spanish Ridge Avenue       JAMIE N. MCINELLY (NV BAR NO. 15963)
   Las Vegas, Nevada 89148-1302       SARAH E. DISALVO (NV BAR NO. 16398)

   ANDREW J. ENNIS    *Attorneys for Plaintiffs Allison R. Vece; Kevin H. Phelps;*
   (ADMITTED PRO HAC VICE)    *and Gayle Fedele*
   **POLSINELLI PC**
   900 W. 48th Place, Suite 900
   Kansas City, Missouri 64112

*Attorneys for Defendant Dignity Health*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Date: July 9, 2024