JOHN R. BAILEY
Nevada Bar No. 0137
JOSHUA M. DICKEY
Nevada Bar No. 6621
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302
Telephone:  702.562.8820
Facsimile:  702.562.8821
JBailey@BaileyKennedy.com
JDickey@BaileyKennedy.com

ANDREW J. ENNIS
Missouri Bar No. 57713
(ADMITTED PRO HAC VICE)
**POLSINELLI PC**
900 W. 48th Place, Suite 900
Kansas City, Missouri 64112
Telephone:  816.753.1000
Facsimile:  816.753.1536
AEnnis@Polsinelli.com

*Attorneys for Defendant Dignity Health*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ALLISON R. VECE, individually; KEVIN H. PHELPS, individually; and GAYLE FEDELE, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>DOE Special Administrator of the Estate of JOSEPH W. PLAUTZ, deceased; DESERET WOMEN'S HEALTH CARE MANAGEMENT, LLC d/b/a DESERET WOMEN'S CARE; DIGNITY HEALTH f/k/a ST. ROSE DE LIMA HOSPITAL; ROE MEDICAL FACILITIES; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30,<br><br>Defendants. | Case No.: 2:24-cv-01025-GMN-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANT DIGNITY HEALTH'S TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND (ECF NO. 12)**<br><br>**(SECOND REQUEST)** |

1  Defendant Dignity Health f/k/a St. Rose De Lima Hospital ("Dignity Health") and Plaintiffs
2  Allison R. Vece; Kevin H. Phelphs; and Gayle Fedele ("Plaintiffs") (collectively, the "Parties")
3  hereby stipulate as follows:

4  1. Plaintiffs' Motion to Remand ("Motion") in this action was filed on June 24, 2024
5  (ECF No. 12).

6  2. Dignity Health's current deadline to respond to the Motion is July 26, 2024.

7  3. Plaintiffs' Petition to Reopen the Estate of Joseph Wheeler Plautz ("Petition") was
8  filed on March 21, 2024, in the Eighth Judicial District Court (Case No. P-16-087171-E) ("State
9  Court").

10  4. The Parties previously stipulated, and the Court ordered, that the deadline to respond
11  to the Motion be extend from July 8, 2024 to July 26, 2024 (the "First Extension").

12  5. The basis for the First Extension was that the decision by the State Court on the
13  Petition is relevant to the Motion, and it would serve the interests of efficiency and judicial economy
14  to extend the date for Dignity Health to respond to the Motion until after an order is entered on the
15  Petition.

16  6. The hearing on the Petition was recently reset for hearing from July 10, 2024, at 9:00
17  a.m. to August 8, 2024, at 9:00 a.m..

18  7. Given that the Petition is relevant to the Motion, and that it would serve the interests
19  of efficiency and judicial economy to extend the date for Dignity Health to respond to the Motion
20  until after an order is entered on the Petition, the Parties stipulate and agree to extend the deadline
21  for Dignity Health to file its response to the Motion from July 26, 2024, to August 16, 2024.

22  8. This is Dignity Health's second requested extension. This stipulation is made in good
23  faith and not to delay the proceedings.

9. This stipulation is entered into without waiver of any of the parties' respective rights, claims, or defenses.

| Dated this 26th day of July, 2024. | Dated this 26th day of July, 2024. |
|---|---|
| **BAILEY✦KENNEDY** | **CHRISTIAN MORRIS TRIAL ATTORNEYS** |
| By: */s/ Joshua M. Dickey* | By: */s/ Victoria R. Allen* |
| JOHN R. BAILEY<br>JOSHUA M. DICKEY<br>8984 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148-1302 | CHRISTIAN M. MORRIS (NV BAR NO. 11218)<br>VICTORIA R. ALLEN (NV BAR NO. 15005)<br>JAMIE N. MCINELLY (NV BAR NO. 15963)<br>SARAH E. DISALVO (NV BAR NO. 16398) |
| ANDREW J. ENNIS<br>(ADMITTED PRO HAC VICE)<br>**POLSINELLI PC**<br>900 W. 48th Place, Suite 900<br>Kansas City, Missouri 64112 | *Attorneys for Plaintiffs Allison R. Vece; Kevin H. Phelps; and Gayle Fedele* |
| *Attorneys for Defendant Dignity Health* | |

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Date: July 29, 2024