| | |
|---|---|
| 1 | JOHN R. BAILEY<br>Nevada Bar No. 0137 |
| 2 | JOSHUA M. DICKEY<br>Nevada Bar No. 6621 |
| 3 | **BAILEY❖KENNEDY**<br>8984 Spanish Ridge Avenue |
| 4 | Las Vegas, Nevada 89148-1302<br>Telephone:  702.562.8820 |
| 5 | Facsimile:  702.562.8821<br>JBailey@BaileyKennedy.com |
| 6 | JDickey@BaileyKennedy.com |
| 7 | ANDREW J. ENNIS<br>Missouri Bar No. 57713 |
| 8 | (ADMITTED PRO HAC VICE)<br>**POLSINELLI PC** |
| 9 | 900 W. 48th Place, Suite 900<br>Kansas City, Missouri 64112 |
| 10 | Telephone:  816.753.1000<br>Facsimile:  816.753.1536 |
| 11 | AEnnis@Polsinelli.com |
| 12 | *Attorneys for Defendant Dignity Health* |

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ALLISON R. VECE, individually; KEVIN H. PHELPS, individually; and GAYLE FEDELE, individually, | ) | Case No.: 2:24-cv-01025-GMN-EJY |
| Plaintiffs, | ) | |
| vs. | ) | **STIPULATION AND ORDER TO EXTEND DEFENDANT DIGNITY HEALTH'S TIME TO RESPOND TO PLAINTIFFS' MOTION TO REMAND (ECF NO. 12)** |
| DOE Special Administrator of the Estate of JOSEPH W. PLAUTZ, deceased; DESERET WOMEN'S HEALTH CARE MANAGEMENT, LLC d/b/a DESERET WOMEN'S CARE; DIGNITY HEALTH f/k/a ST. ROSE DE LIMA HOSPITAL; ROE MEDICAL FACILITIES; DOES 1 through 10; ROE CORPORATIONS 13 through 20; and ABC LIMITED LIABILITY COMPANIES 21 through 30, | ) | **(THIRD REQUEST)** |
| Defendants. | ) | |

Defendant Dignity Health f/k/a St. Rose De Lima Hospital ("Dignity Health") and Plaintiffs Allison R. Vece; Kevin H. Phelps; and Gayle Fedele ("Plaintiffs") (collectively, the "Parties") hereby stipulate as follows:

1. Plaintiffs' Motion to Remand ("Motion") in this action was filed on June 24, 2024 (ECF No. 12).

2. Dignity Health's current deadline to respond to the Motion is July 26, 2024.

3. Plaintiffs' Petition to Reopen the Estate of Joseph Wheeler Plautz ("Petition") was filed on March 21, 2024, in the Eighth Judicial District Court (Case No. P-16-087171-E) ("State Court").

4. The Parties previously stipulated, and the Court ordered, that the deadline to respond to the Motion be extend from July 8, 2024 to July 26, 2024 (the "First Extension").

5. Subsequently, the Parties stipulated, and the Court ordered, that the deadline to respond to the Motion be extend from July 26, 2024 to August 16, 2024 (the "Second Extension").

6. The basis for the First Extension and Second Extension was that the decision by the State Court on the Petition is relevant to the Motion, and it would serve the interests of efficiency and judicial economy to extend the date for Dignity Health to respond to the Motion until after an order is entered on the Petition.

7. The hearing on the Petition was recently reset for hearing from August 8, 2024, at 9:00 a.m. to August 29, 2024, at 9:30 a.m.

8. Given that the Petition is relevant to the Motion, and that it would serve the interests of efficiency and judicial economy to extend the date for Dignity Health to respond to the Motion until after an order is entered on the Petition, the Parties stipulate and agree to extend the deadline for Dignity Health to file its response to the Motion from August 16, 2024, to September 6, 2024.

9. This is Dignity Health's third requested extension. This stipulation is consistent with the First Extension and Second Extension, and is made in good faith and not to delay the proceedings.

10. This stipulation is entered into without waiver of any of the parties' respective rights, claims, or defenses.

Dated this 16th day of August, 2024.                      Dated this 16th day of August, 2024.

**BAILEY✦KENNEDY**                                        **CHRISTIAN MORRIS TRIAL ATTORNEYS**

By: */s/ Joshua M. Dickey*                                By: */s/ Victoria R. Allen*
   JOHN R. BAILEY                                                 CHRISTIAN M. MORRIS (NV BAR NO. 11218)
   JOSHUA M. DICKEY                                                VICTORIA R. ALLEN (NV BAR NO. 15005)
   8984 Spanish Ridge Avenue                                       JAMIE N. MCINELLY (NV BAR NO. 15963)
   Las Vegas, Nevada 89148-1302                                    SARAH E. DISALVO (NV BAR NO. 16398)

   ANDREW J. ENNIS                                       *Attorneys for Plaintiffs Allison R. Vece; Kevin H. Phelps;*
   (ADMITTED PRO HAC VICE)                               *and Gayle Fedele*
   **POLSINELLI PC**
   900 W. 48th Place, Suite 900
   Kansas City, Missouri 64112

*Attorneys for Defendant Dignity Health*

**IT IS SO ORDERED:**

_____
UNITED STATES MAGISTRATE JUDGE

Date: August 16, 2024